**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| JANE DOE | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:26-CV-01210-ALM-AGD |
| | § | |
| BETTYE CHRONISTER, et al. | § | |

**ORDER**

Pending before the court are Plaintiff's Motion for Leave to File Response Out of Time to Defendants Bettye Chronister and Roberto Barbosa's Amended Motion to Dismiss (Dkt. #11) and what appears to be a duplicate Motion for Leave to File Response Out of Time to Defendants Bettye Chronister and Roberto Barbosa's Amended Motion to Dismiss (Dkt. #12). Having reviewed the Motions and Defendants' Response to Plaintiff's Motions (Dkt. #13), and considering Plaintiff's *pro se* status, the court is of the opinion that the Motions should be granted.

It is therefore **ORDERED** that Plaintiff's Motions for Leave to File Response Out of Time to Defendants Bettye Chronister and Roberto Barbosa's Amended Motion to Dismiss (Dkt. #11; Dkt. #12) are **GRANTED**. It is further **ORDERED** that, because Plaintiff appears to have already prepared the Response (Dkt. #11 at p. 4; Dkt. #12 at p. 4), Plaintiff must file a Response within two business days of the entry of this Order. Failure to comply with this order may result in the recommendation that this case be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

**SIGNED this 23rd day of November, 2026.**

AILEEN GOLDMAN DURRETT
UNITED STATES MAGISTRATE JUDGE